## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY E. MCCLAIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.: 1:17-cv-00049-WS-B** |
| **v.** | ) | |
| | ) | |
| **TENAX CORPORATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### NOTICE OF APPEARANCE

---

**COMES NOW Carroll H. Sullivan** of the law firm of Scott, Sullivan, Streetman & Fox, P.C., and files this his Notice of Appearance as counsel of record for Defendant **TENAX CORPORATION** in the above-styled cause of action.

Filed on this the 6th day of March, 2017.


/s/ Carroll H. Sullivan
CARROLL H. SULLIVAN (SULC8646)
*Attorney for Defendant Tenax Corporation*


**OF COUNSEL:**
SCOTT, SULLIVAN, STREETMAN & FOX, P.C.
P.O. Box 1034
Mobile, Alabama 36633
(251) 433-1346 (Telephone)
(251) 433-1086 (Facsimile)
csullivan@scottsullivanlaw.com

## **<u>CERTIFICATE OF SERVICE</u>**

I certify that on this 6th day March, 2017, I electronically filed the foregoing using the CM/ECF system, which will automatically transmit a copy of this filing to the following counsel of record who is a registered Filing User:

> Edward I. Zwilling, Esquire
> Schwartz, Roller & Zwilling
> 600 Vestavia Parkway, Suite 251
> Birmingham, Alabama 35216
> ezwilling@szalaw.com
> ***Attorney for Plaintiff***

> */s/ Carroll H. Sullivan*_____
> OF COUNSEL

2