### IN THE UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TERRY E. MCCLAIN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CASE NO.: 1:17-cv-00049-WS-B** |
| **v.** ) | |
| ) | |
| **TENAX CORPORATION,** ) | |
| ) | |
| **Defendant.** ) | |

### JUDGMENT

Pursuant to Rules 54 and 56 of the *Federal Rules of Civil Procedure*, it is ORDERED, ADJUDGED and DECREED that Defendant Tenax Corporation's Motion for Summary Judgment be and the same hereby is GRANTED, and JUDGMENT be and the same is hereby entered in favor of Defendant Tenax Corporation, and against Plaintiff on all claims against Defendant Tenax Corporation, and that said claims are hereby dismissed, with prejudice.

DONE this the ___ day of _____, 2017.

_____
UNITED STATES DISTRICT JUDGE